07-CV-00680-MEM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKEY JORDAN,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO.   C07-680-TSZ

ORDER OF DISMISSAL

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the unopposed Report and Recommendation.

(2) Plaintiff's complaint, and this action, are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B).

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Monica J. Benton.

DATED this 17th day of Dec, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL